BINGHAM McCUTCHEN LLP
R. RAYMOND ROTHMAN (SBN 142437)
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
E-mail:  rick.rothman@bingham.com

Attorneys for Defendants
Stolt Sea Farm California, LLC and
Marine Harvest U.S. Incorporated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERSHED ENFORCERS, a project of CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>STERLING CAVIAR, LLC (fka STOLT SEA FARM CALIFORNIA, LLC), and MARINE HARVEST U.S. INCORPORATED,<br><br>    Defendants. | Case No. 2:06-cv-00651-LKK-GGH<br><br>**JOINT STIPULATION AND ORDER** |

   Pursuant to Local Rule 88-143 and Local Rule 6-144, Plaintiff Watershed Enforcers, a project of California Sportfishing Protection Alliance, and Defendants Sterling Caviar, LLC (formerly known as Stolt Sea Farm California, LLC) and Marine Harvest U.S. Incorporated hereby stipulate that Defendants should have an additional extension of thirty (30) days to respond to Plaintiff's complaint.

   Pursuant to Local Rule 6-144(a), the parties previously stipulated to an extension of thirty days for Defendants to respond to Plaintiff's complaint.  Since that time, the parties have been negotiating a consent decree that will finally resolve the instant lawsuit.  The parties believe the consent decree will be final and ready to submit

1 to the Court within the next fourteen (14) days.  The consent decree will make a response
2 from Defendants moot.  However, Defendants' response currently is due before the
3 parties expect the consent decree will be final and submitted to the Court.  Accordingly,
4 the parties request that the Court grant an extension of thirty (30) days for Defendants to
5 file their response.

7 Date: June 29, 2006.                              LAW OFFICE OF MICHAEL R. LOZEAU

By: /signature on original
Michael R. Lozeau
Attorney for Plaintiff Watershed Enforcers,
a project of California Sportfishing
Protection Alliance

BINGHAM McCUTCHEN LLP

By: /signature on original
R. Raymond Rothman
Attorneys for Defendants Sterling Caviar,
LLC (fka Stolt Sea Farm California, LLC)
and Marine Harvest U.S. Incorporated

19 IT IS SO ORDERED.
20 Dated:  July 6, 2006

_____
Lawrence K. Karlton
United States District Judge