1   BINGHAM McCUTCHEN LLP
    R. RAYMOND ROTHMAN (SBN 142437)
2   Three Embarcadero Center
    San Francisco, California  94111-4067
3   Telephone:  415.393.2000
    Facsimile:  415.393.2286
4   E-mail:  rick.rothman@bingham.com

5   Attorneys for Defendants
    Stolt Sea Farm California, LLC and
6   Marine Harvest U.S. Incorporated

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11   WATERSHED ENFORCERS, a project of        Case No. 2:06-cv-00651-LKK-GGH
     CALIFORNIA SPORTFISHING
12   PROTECTION ALLIANCE,                      **JOINT STIPULATION AND ORDER**

13              Plaintiff,

14        vs.

15   STERLING CAVIAR, LLC (fka STOLT
     SEA FARM CALIFORNIA, LLC), and
16   MARINE HARVEST U.S.
     INCORPORATED,
17
                Defendants.
18

19

20          Pursuant to Local Rule 88-143 and Local Rule 6-144, Plaintiff Watershed

21   Enforcers, a project of California Sportfishing Protection Alliance, and Defendants

22   Sterling Caviar, LLC (formerly known as Stolt Sea Farm California, LLC) and Marine

23   Harvest U.S. Incorporated hereby stipulate that Defendants' obligation to respond to

24   Plaintiff's complaint should be stayed.

25          Pursuant to Local Rule 6-144(a), the parties previously stipulated to an

26   initial extension of thirty days for Defendants to respond to Plaintiff's complaint.  Since

27   that time, the parties have been negotiating a consent decree that will finally resolve the

28   instant lawsuit.  Subsequently, on June 29, 2006 the parties agreed to a further extension

1  of thirty days for Defendants to respond.  The court granted the extension on July 6,

2  2006.  The parties believe the consent decree will be executed by the parties within the

3  next several days.  After forty-five (45) days for agency review, the parties will submit

4  the consent decree to the court for entry as a final judgment.  As noted previously, the

5  consent decree will make a response from Defendants unnecessary.  However,

6  Defendants' response currently is due before the parties expect the consent decree will be

7  final and submitted to the Court.  Accordingly, the parties request that the Court stay

8  Defendants' obligation to respond to Plaintiff's complaint.

9

10  Date:  July 31, 2006.                       LAW OFFICE OF MICHAEL R. LOZEAU

11

12                                  By:_____/s/_____

13                                     Michael R. Lozeau
                                  Attorney for Plaintiff Watershed Enforcers,

14                                  a project of California Sportfishing
                                  Protection Alliance

15

16

17                               BINGHAM McCUTCHEN LLP

18

19                               By:_____/s/_____

20                                 R. Raymond Rothman
                                 Attorneys for Defendants Sterling Caviar,
                                LLC (fka Stolt Sea Farm California, LLC)

21                                and Marine Harvest U.S. Incorporated

22  IT IS SO ORDERED.

23  Date:  August 7, 2006

24                                _____

25                               Lawrence K. Karlton
                               United States District Judge

26

27

28